IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| vs ) | Case No. 3:19CR181 |
| ) | |
| Jamal Brassfield ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on July 13, 2020, for a period of 3 years. Based on good cause shown, and without objection by the Government, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in this case are terminated.

Dated this 9th day of January, 2023

_____
United States District Judge